# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1054**

**CAF 11-01627**

PRESENT: SCUDDER, P.J., SMITH, FAHEY, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF JAKOB D.K.B.-K. AND
NIKOLY M.B.-K.
------------------------------------------------
CAYUGA COUNTY DEPARTMENT OF HEALTH AND HUMAN                    ORDER
SERVICES, PETITIONER-RESPONDENT;

SHERRY M.B., RESPONDENT-APPELLANT.

---

ADAM H. VAN BUSKIRK, AURORA, FOR RESPONDENT-APPELLANT.

FREDERICK R. WESTPHAL, COUNTY ATTORNEY, AUBURN (CHRISTOPHER M. PALERMO
OF COUNSEL), FOR PETITIONER-RESPONDENT.

SUSAN B. MARRIS, ATTORNEY FOR THE CHILDREN, MANLIUS, FOR JAKOB
D.K.B.-K. AND NIKOLY M.B.-K.

---

Appeal from an order of the Family Court, Cayuga County (Thomas
G. Leone, J.), entered July 11, 2011 in a proceeding pursuant to
Social Services Law § 384-b.  The order terminated the parental rights
of respondent.

It is hereby ORDERED that the order so appealed from is
unanimously affirmed without costs.

Entered:  November 9, 2012                     Frances E. Cafarell
                                               Clerk of the Court